# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2858

_____

United States of America, For The Use    *
Of Weathercraft Company of Grand    *
Island, a Nebraska Corporation,    *
   *
            Appellee,    *
   *   Appeal from the United States
        v.    *   District Court for the
   *   District of Nebraska.
Roland Glessner, an individual;    *
Quality Trust, Inc., a Corporation,    *   [UNPUBLISHED]
   *
          Appellant.    *

_____

Submitted: March 5, 1999
Filed: March 24, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Roland Glessner and Quality Trust, Inc. appeal from the district court's[1] adverse grant of summary judgment for the United States "for the use of" Weathercraft Co. in a Miller Act and state law breach-of-contract action. After a

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

careful review of the record and the parties' submissions, we conclude that no error of law appears and an extended discussion is unnecessary.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.